# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Antonio Rodriguez-Lugo

              V.                  **JUDGMENT IN A CIVIL CASE**

United States of America

                            **CASE NUMBER:**    09cv2174-BEN-AJB

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Motion to Vacate in the Nature of a Petition for Writ of Error coram nobis pursuant to 28 USC 1651(a) is Dismissed. Because no set of facts can cure the deficiencies listed above, the dismissal is with prejudice.

| August 23, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON August 23, 2010 |